DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ADELMISE R. WARNER, State Bar #215385
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3930
Facsimile:      (415) 554-4248
E-Mail:          adelmise.warner@sfgov.org

Attorneys for Defendant,
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUCHI NNACHI,<br><br>     Plaintiff,<br><br>     vs.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>     Defendant. | Case No. CV 10-714 EMC<br><br>**STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS** ; ORDER<br><br>[Local Rule 6-1(a)] |

1    Pursuant to Local Rule 6.1(a), Plaintiff Oluchi Nnachi (*pro per*) and Defendant City and

2    County of San Francisco, through and by its attorney, hereby stipulate to extend the time for the City

3    to answer or otherwise respond to the complaint up to, and including, Friday, April 2, 2010, per the

4    attached letter dated March 16, 2010.

5

6    Dated:  March 16, 2010                              Respectfully submitted,

7                                                        DENNIS J. HERRERA
                                                         City Attorney
8                                                        ELIZABETH S. SALVESON
                                                         Chief Labor Attorney
9                                                        ADELMISE ROSEMÉ WARNER
                                                         Deputy City Attorney
10

11                                                       By:_____/S/_____
                                                         ADELMISE ROSEMÉ WARNER
12

13                                                       Attorneys for Defendant
                                                         CITY AND COUNTY OF SAN FRANCISCO
14

15   Dated: March 16, 2010                              OLUCHI NNACHI

16

17                                                       By:_____*[PRO PER]*_____
                                                         OLUCHI NNACHI
18
                                                         Plaintiff (*pro per*)
19

20   IT IS SO ORDERED

21

22   _____
     Edward M. Chen
23   U. S. Magistrate
     Judge
24

25

26

27

28

**STIPULATION TO EXTEND TIME TO**                2                    n:\labor\li2010\100953\00616723.doc
**RESPOND TO COMPLAINT / CV 10-714 EMC**