UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUCHI NNACHI, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. _____ / | No. C10-0714 EMC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Chief Magistrate Judge Maria-Elena James to determine whether it is related to *Nnachi v. City and County of San Francisco*, Civil Case No. C09-4099 MEJ.

IT IS SO ORDERED.

Dated: April 20, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: Chief Magistrate Judge Maria-Elena James