UNITED STATES DISTRICT COURT

Northern District of California

OLUCHI NNACHI

            Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO

            Defendant.
_____/

No. C 10-0714 MEJ

**NOTICE OF REASSIGNMENT**

**ORDER SCHEDULING CMC**

      This matter has been referred to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. The Northern District of California Revised Civil Local Rules shall apply to this case. Copies of these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall also comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which is enclosed herewith for Plaintiff's convenience, and which may also be obtained from the Court's website.

      As Defendant has a pending motion to dismiss, (Dkt. #9), the Court shall conduct a hearing on May 27, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall file any opposition to the motion to dismiss by May 6, 2010, and Defendant shall file any reply by May 13, 2010. All briefing shall be in compliance with Civil Local Rule 7.

      **IT IS SO ORDERED.**

Dated: April 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV10-00714 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachci
784 Alcatraz Avenue
Oakland, CA 94609

Dated: April 22, 2010

                      Richard W. Wieking, Clerk
                      By: Brenda Tolbert, Deputy Clerk

2