# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| OLUCHI NNACHI | |
| Plaintiff, | No. C 10-0714 MEJ |
| v. | **ORDER RE DEFENDANT'S MOTION TO DISMISS** |
| CITY AND COUNTY OF SAN FRANCISCO | |
| Defendant. | |
| _____/ | |

Pending before the Court is Defendant's motion to dismiss, (Dkt. #9), which the Court has scheduled for a hearing on May 27, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. On April 22, 2010, the Court ordered Plaintiff to file any opposition by May 6, 2010. However, upon review of the docket, the Court notes that Plaintiff filed an opposition before this case was reassigned. (Dkt. #12.) Accordingly, Plaintiff shall not file anything further.

**IT IS SO ORDERED.**

Dated: April 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV10-00714 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachci
784 Alcatraz Avenue
Oakland, CA 94609

Dated: April 22, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2