UNITED STATES DISTRICT COURT

Northern District of California

OLUCHI NNACHI,

                Plaintiff(s),         No. C 10-00714 MEJ

  v.

CITY AND COUNTY OF SAN FRANCISCO,                  **ORDER VACATING HEARING**

                Defendant(s).
_____/

This matter is currently scheduled for a May 27, 2010 hearing regarding Defendant's Motion to Dismiss. (Dkt. #9.) Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 27 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV10-00714 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachci
784 Alcatraz Avenue
Oakland, CA 94609

Dated: May 20, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2