TO: Office of the Clerk
    U.S. District Court
    450 Golden Gate Avenue
    San Francisco, CA 94102
    9/3/2010



From: Oluchi Nnachi
      784 Alcatraz Avenue
      Oakland, CA 94609

Re: Request for more time to appeal Case No. C 10-00714 MEJ.

May I request for more time allowed by your court to appeal the above case. I am sick with a reoccuring illness. Extra time will enable me recover, and be able to challenge the Judge,s abuse of discretion in this case at the Ninth Circuit Court of Appeals. I believe my civil rights were violated when the defendant repeatedly violated the seniority rule because of me.

May I also know if it is the paractice of your court for this case be reviewed by a District Judge before going to the Court of Appeals.

                                    Respectfully submitted,

                                    Oluchi Nnachi, pro se