# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| OLUCHI NNACHI, | |
| Plaintiff, | No. C 10-0714 MEJ |
| v. | **ORDER RE: MEMORANDUM (DKT. #23)** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

On September 23, 2010, Plaintiff Oluchi Nnachi filed a "Memorandum," which appears to be an appeal of the dismissal of this case. Although addressed to the district court, Plaintiff's memorandum requests that the court "reverse the District Court in this appeal." Accordingly, Plaintiff's request that the district court reverse its decision on appeal is improper. Any appeal must be filed in a timely manner with the United States Court of Appeals for the Ninth Circuit. The district court shall not consider Plaintiff's memorandum.

**IT IS SO ORDERED.**

Dated: September 29, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV10-00714 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachci
784 Alcatraz Avenue
Oakland, CA 94609

Dated: September 29, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2